RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/28/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LESLIE LAVERNE ALEXANDER | * | CIVIL ACTION NO. 09-0349 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FRANKLIN MEDICAL CENTER-NEWELLTON, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the above-captioned complaint be, and it is hereby **DISMISSED, WITHOUT PREJUDICE**. LR 41.3W, Fed.R.Civ.P. 4(m).

THUS DONE AND SIGNED this 28 day of December 2009 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE